IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAPITAL TRUST, INC.,

    Plaintiff,

  v.

WALTER R. LEMBI, et al.,

    Defendants.

                               /

No. C 09-02492 JSW

**ORDER SETTING BRIEFING SCHEDULE**

On June 29, 2009, Plaintiff filed a Motion for a Right to Attach Order and Order for Issuance of Writ of Attachment Against Defendants, which is noticed for hearing on August 21, 2009. It is HEREBY ORDERED that Defendants' opposition shall be due by no later than July 17, 2009, and Plaintiff's Reply brief shall be due by no later than July 24, 2009. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. If the parties wish to modify this briefing schedule, they must submit a request to the Court showing good cause for any such modification.

It is FURTHER ORDERED that Plaintiff shall serve a copy of this Order on Defendants by no later than 10:00 a.m. on July 1, 2009, and shall file proof of such service with the Court.

**IT IS SO ORDERED.**

Dated: June 30, 2009

                                                        JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE