1   FOLGER LEVIN & KAHN LLP
    Ethan P. Schulman (CSB No. 112466, eschulman@flk.com)
2   Nathaniel P. Bualat (CSB No. 226917, nbualat@flk.com)
    Embarcadero Center West
3   275 Battery Street, 23rd Floor
    San Francisco, CA 94111
4   Telephone: (415) 986-2800
    Facsimile: (415) 986-2827
5
    Attorneys for Plaintiff
6   CAPITAL TRUST, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  CAPITAL TRUST, INC.,                    Case No. C 09-02492 JSW

12              Plaintiff,                   Action Filed: June 4, 2009

13       v.                                  NOTICE OF SUBSTITUTION OF
                                             COUNSEL, APPEARANCE OF FOLGER
14  WALTER R. LEMBI, individually and as     LEVIN & KAHN LLP, AND
    trustee of the WALTER AND LINDA          WITHDRAWAL OF DECHERT LLP
15  LEMBI FAMILY TRUST DATED JUNE
    30, 2004; FRANK E. LEMBI, individually   Dept.:      Courtroom 11, 19th Floor
16  and as trustee of the OLGA LEMBI         Judge:      Hon. Jeffrey S. White
    RESIDUAL TRUST CREATED UNDER
17  THE PROVISIONS OF PART THREE OF
    THE LEMBI FAMILY REVOCABLE
18  TRUST DATED FEBRUARY 17, 1984,
    and as the trustee of the FRANK E.
19  LEMBI SURVIVOR'S TRUST DATED
    FEBRUARY 17, 1984; BILLIE
20  SALEVOURIS, individually, BILLIE Z.
    SALEVOURIS, as trustee for THE BILLIE
21  SALEVOURIS TRUST DATED
    AUGUST 23, 1983 AS RESTATED ON
22  MAY 24, 2002; DAVID M. RAYNAL,
    individually and as trustee for the DAVID
23  M. RAYNAL REVOCABLE TRUST
    DATED MAY 9, 2002; RALPH DAYAN,
24  individually and as co-trustee for the
    AMENDED AND RESTATED DAYAN
25  FAMILY REVOCABLE TRUST DATED
    DECEMBER 31, 1991,
26
                Defendants.
27

28

FOLGER LEVIN &
KAHN LLP
ATTORNEYS AT LAW

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Capital Trust, Inc. substitutes Ethan P. Schulman and Nathaniel P. Bualat of the law firm FOLGER LEVIN & KAHN LLP as counsel and attorneys of record in this matter in place of H. Joseph Escher III and Lily A. North of the law firm DECHERT LLP.

Former Attorney

Plaintiff's former counsel and attorneys of record:

> H. Joseph Escher III (SB# 85551)
> Lily A. North (SB# 260709)
> DECHERT LLP
> One Maritime Plaza, Suite 2300
> San Francisco, CA 94111-3513
> Telephone: (415) 262-4500
> Facsimile: (415) 262-4555

Mr. Escher, Ms. North and DECHERT LLP hereby withdraw as counsel and attorneys of record for Plaintiff for this matter.

New Attorney

Plaintiff's new counsel in this matter and Plaintiff's new attorneys of record on whom all notices and papers may be served are:

> FOLGER LEVIN & KAHN LLP
> Ethan P. Schulman (CSB No. 112466, eschulman@flk.com)
> Nathaniel P. Bualat (CSB No. 226917, nbualat@flk.com)
> Embarcadero Center West
> 275 Battery Street, 23rd Floor
> San Francisco, CA 94111
> Telephone: (415) 986-2800
> Facsimile: (415) 986-2827

//

//

1                                  Substitution Based on Consent

2             The undersigned consent to the substitution and withdrawal and certify that the

3    substitution and withdrawal will not delay the proceedings in this matter:

4

5    Dated: August 19, 2009                  FOLGER LEVIN & KAHN LLP

6

7                                          Ethan P. Schulman

8

9    Dated: August 19th, 2009                DECHERT LLP

10

11                                    H. Joseph Escher III

12    Dated: August 19th, 2009                CAPITAL TRUST, INC.

13

14                                    Deborah J. Ginsberg

15

16

17    **IT IS SO ORDERED**

18    Dated: August 19, 2009

19

20                                HON. JEFFREY S. WHITE

21                                  UNITED STATES DISTRICT JUDGE

22    35004\0485\665257.1

23

24

25

26

27

28