United States District Court

For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6

7                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

8   CAPITAL TRUST, INC.,

9              Plaintiff,                          No. C 09-02492 JSW

10    v.                                           **ORDER REQUIRING RESPONSE
                                                   TO APPLICATION FOR ORDER**
11  WALTER R. LEMBI, et al.,                       **SHORTENING TIME**

12             Defendants.
                                          /
13

14         The Court has received the *Ex Parte* Application for an Order Shortening Time for

15  Hearing on Motion to Intervene, filed by Applicants-in-Intervention.  The Court HEREBY

16  ORDERS that any opposition to the application to shorten time shall be filed by no later than

17  4:00 p.m. on Thursday, August 20, 2009, with a copy hand delivered to chambers by no later

18  than 4:30 p.m. on that date.  It is FURTHER ORDERED that chambers copies of Docket Nos.

19  32 and 34 shall be hand delivered to the Court by no later than 10:00 a.m. on August 20, 2009.

20         It is FURTHER ORDERED that the hearing on the application for writs of attachment

21  remains on calendar at 9:00 a.m.  The Applicants-in-Intervention shall appear at that hearing.

22  The Court does not intend to address the merits of the motion to intervene on that date, and

23  reserves the right to continue the hearing on the application for writs of attachment until the

24  motion to intervene is fully briefed.

25         **IT IS SO ORDERED.**

26  Dated: August 19, 2009

27                                          _____
                                            JEFFREY S. WHITE
28                                          UNITED STATES DISTRICT JUDGE