1  H. JOSEPH ESCHER III (No. 85551)
   h.joseph.escher@dechert.com
2  LILY A. NORTH (No. 260709)
   lily.north@dechert.com
3  DECHERT LLP
   One Maritime Plaza, Suite 2300
4  San Francisco, California 94111-3513
   Telephone: 415.262.4500
5  Facsimile: 415.262.4555

6  Attorneys for Plaintiff
   CAPITAL TRUST, INC.
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10 SAN FRANCISCO DIVISION

11

12 | CAPITAL TRUST, INC., | Case No. 09-cv-2492-JSW
13 | Plaintiff, | Action Filed: June 4, 2009
14 | v. | [~~AMENDED PROPOSED~~] ORDER GRANTING PLAINTIFF'S MOTION FOR RIGHT TO ATTACH ORDER AND ORDER FOR ISSUANCE OF WRIT OF ATTACHMENT AGAINST DEFENDANTS
15 | WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA
16 | LEMBI FAMILY TRUST DATED JUNE 30, 2004; FRANK E. LEMBI, individually
17 | and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER | Date: August 21, 2009
18 | THE PROVISIONS OF PART THREE OF THE LEMBI FAMILY REVOCABLE | Time: 9:00 a.m.
                                                                      Dep't: Courtroom 11, 19th Floor
19 | TRUST DATED FEBRUARY 17, 1984, and as the trustee of the FRANK E. | Judge: Hon. Jeffrey S. White
20 | LEMBI SURVIVOR'S TRUST DATED FEBRUARY 17, 1984; BILLIE
21 | SALEVOURIS, individually, BILLIE Z. SALEVOURIS, as trustee for THE
22 | BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON
23 | MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID
24 | M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN,
25 | individually and as co-trustee for the AMENDED AND RESTATED DAYAN
26 | FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991,
27 |
28 | Defendants.

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

AMENDED [~~PROPOSED~~] ORDER GRANTING MOTION          09-cv-2492 JSW

1   ~~This Court, having considered Plaintiff's Motion for Right to Attach Order And~~
2   ~~Order for Issuance of Writ of Attachment ("Motion") and supporting documents, [and~~
3   ~~after a hearing on the Motion on August 21, 2009 where all parties were represented by~~
4   ~~counsel] hereby GRANTS Plaintiff's Motion.~~ For the reasons set forth in the separate order issued this date granting Plaintiff's motion,

5   This Court finds that Defendants are natural persons, the claim upon which the
6   application is based is one upon which an attachment may be issued, Plaintiff has
7   established the probable validity of the claim upon which the attachment is based, the
8   attachment is not sought for a purpose other than the recovery on the claim upon which
9   the attachment is based; and the amount to be secured by the attachment is greater than
10  zero. Code Civ. Proc. § 484.090.

11  This Court also finds that Defendants have failed to prove that all the property
12  sought to be attached and described in Plaintiff's application is exempt from attachment.
13  An undertaking in the amount of $ 10,000         is required before a writ shall issue, and
14  Plaintiff has not filed an undertaking in that amount. This ruling is without prejudice to the Defendants seeking to increase that amount.

15  This Court orders that Plaintiff has a right to attach property as follows:
16  (i) of Defendant Walter R. Lembi in the amount of $16,914,098.90;
17  (ii) of Defendant Frank E. Lembi in the amount of $16,993,136.74;
18  (iii) of Defendant Billie Salevouris in the amount of $7,068,091.06;
19  (iv) of Defendant David M. Raynal in the amount of $4,816,039.38; and
20  (v) of Defendant Ralph Dayan in the amount of $1,909,554.35.

21  Defendants' primary residences as listed in Schedule A of the Guarantees of
22  Payment attached to the Amended Complaint are exempt and shall not be attached. The
23  clerk shall issue a writ of attachment upon the filing of an undertaking in the amount of
24  $ 10,000*        for the following property of Defendants that is subject to attachment
25  under California Code of Civil Procedure section 487.010: real property, accounts
26  receivable, chattel paper, general intangibles, equipment, farm products, inventory, final
27  money judgments, money, deposit accounts, negotiable documents of title, instruments,
28  *The Court's ruling is without prejudice to the Defendants seeking to increase the amount of the undertaking.

1 | and securities.
2 |     IT IS SO ORDERED
3 | Dated: September 16, 2009

_Jeffrey S. White_
Honorable Jeffrey S. White