IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAPITAL TRUST, INC.,

    Plaintiff,

v.

WALTER R. LEMBI, et al.,

    Defendants.

No. C 09-02492 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

The Court has received and considered the parties Joint Case Management Conference Statement. The Court appreciates the parties' efforts to resolve this matter short of trial. At this time, the Court will not vacate the trial date. It shall, however, continue the case management conference set for April 2, 2010 at 1:30 p.m. to May 14, 2010 at 1:30 p.m. The parties shall submit a further Joint Case Management Conference Statement on or before May 7, 2010, which shall include an update on the progress of the parties' settlement efforts. If the parties wish to vacate or continue the pretrial and trial dates at that time, they shall submit a separate request to the Court on May 7, 2010.

**IT IS SO ORDERED.**

Dated: March 29, 2010

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE