IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAPITAL TRUST, INC.,

    Plaintiff,

  v.

WALTER R. LEMBI, et al.,

    Defendants.
                               /

No. C 09-02492 JSW

**ORDER DIRECTING PARTIES TO SUBMIT FURTHER CASE MANAGEMENT CONFERENCE STATEMENT**

      The Court has received and considered the parties Joint Case Management Conference Statement.  The Court previously ordered the parties to submit proposed dates for trial and pretrial if they were not able to resolve this matter.  In their Joint Case Management Conference statement, the parties acknowledge this Order yet fail to submit any proposed dates.

      Accordingly, the parties are HEREBY ORDERED to submit a further case management conference statement by no later than 10:00 a.m. on August 11, 2010, that sets forth specific dates for a hearing on dispositive motions, a pretrial conference, and trial.

      This matter remains on calendar on August 13, 2010 at 1:30 p.m.

      **IT IS SO ORDERED.**

Dated: August 9, 2010

                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California