CROWELL & MORING LLP
Ethan P. Schulman
E-Mail: eschulman@crowell.com
Nathaniel P. Bualat
E-Mail: nbualat@crowell.com
275 Battery Street, 23rd Floor
San Francisco, CA  94111
Telephone: (415) 986-2800
Facsimile: (415) 986-2827

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112894)
E-Mail: bbrosnahan@kasowitz.com
Margaret A. Ziemianek (SBN 233418)
E-Mail: mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA  94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiff
CAPITAL TRUST, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CAPITAL TRUST, INC., | Case No. C 09-02492 JSW |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER FOR SUBSTITUTION OF COUNSEL FOR PLAINTIFF CAPITAL TRUST, INC. AND WITHDRAWAL OF CROWELL & MORING LLP** |
| vs. | |
| WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST DATED JUNE 30, 2004; FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISIONS OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984, and as the trustee of the FRANK E. LEMBI'S TRUST DATED FEBRUARY 17, 1984; BILLIE SALEVOURIS, individually; BILLIE Z. SALEVOURIS, as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTATED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991, | Judge:  Hon. Jeffrey S. White |
| Defendants. | |

1

1  TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

2          Please take notice that Plaintiff CAPITAL TRUST, INC. substitutes Brian P. Brosnahan

3  and Margaret A. Ziemianek of the law firm of KASOWITZ BENSON TORRES & FRIEDMAN

4  LLP as counsel of record in this case, in place of Ethan P. Schulman and Nathaniel P. Bualat of

5  the law firm CROWELL & MORING LLP.

6          Plaintiff's former counsel and attorneys of record, Mr. Schulman, Mr. Bualat and Crowell

7  & Moring LLP, will withdraw as counsel and attorneys of record for Plaintiff upon approval by

8  this Court:

9          Ethan P. Schulman
           E-Mail: eschulman@crowell.com
           Nathaniel P. Bualat
10         E-Mail: nbualat@crowell.com
           CROWELL & MORING LLP
11         275 Battery Street, 23rd Floor
           San Francisco, CA  94111
12         Telephone: (415) 986-2800
           Facsimile: (415) 986-2827
13

14         Pursuant to the Notice of Appearance filed in this action, Brian P. Brosnahan and

15  Margaret A. Ziemianek of KASOWITZ BENSON TORRES & FRIEDMAN LLP have appeared

16  as Counsel of Record for Plaintiff CAPITAL TRUST, INC., effective immediately, and will

17  replace CROWELL & MORING LLP as lead counsel of record.  All further notices and papers

18  should be served on Kasowitz Benson Torres & Friedman LLP:

19

20         Brian P. Brosnahan (SBN 112894)
           E-Mail: bbrosnahan@kasowitz.com
           Margaret A. Ziemianek (SBN 233418)
21         E-Mail: mziemianek@kasowitz.com
           KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
22         101 California Street, Suite 2300
           San Francisco, CA  94111
23         Telephone: (415) 421-6140
           Facsimile: (415) 398-5030
24

25  The undersigned consent to the above withdrawal and substitution:

26  DATED:  October 8, 2010

27                                  By: _____
                                        Deborah Ginsberg, Vice-President
28                                      on behalf of Plaintiff CAPITAL TRUST, INC.

DATED:  October 8, 2010          KASOWITZ BENSON TORRES & FRIEDMAN LLP

By:
     Attorneys for Plaintiff
     CAPITAL TRUST, INC.


DATED:  October 8, 2010          CROWELL & MORING LLP

By:     /s/ Ethan P. Schulman
        Attorneys for Plaintiff
        CAPITAL TRUST, INC.


## [PROPOSED] ORDER


IT IS HEREBY ORDERED THAT the substitution of Kasowitz Benson Torres & Friedman LLP and the withdrawal of Crowell & Moring LLP as counsel of record for Plaintiff CAPITAL TRUST, INC. is approved.


Dated: October 12, 2010

Hon. Jeffrey S. White