KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112894)
E-Mail: bbrosnahan@kasowitz.com
Margaret A. Ziemianek (SBN 233418)
E-Mail: mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

Attorneys for Plaintiff
CAPITAL TRUST, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CAPITAL TRUST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST DATED JUNE 30, 2004; FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISIONS OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984, and as the trustee of the FRANK E. LEMBI'S TRUST DATED FEBRUARY 17, 1984; BILLIE SALEVOURIS, individually; BILLIE Z. SALEVOURIS, as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTATED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991, <br><br> Defendants. | Case No. C 09-02492 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND MODIFY BRIEFING SCHEDULES RE MOTIONS SET FOR HEARING ON NOVEMBER 5, 2010** <br><br> Judge: Hon. Jeffrey S. White <br> Courtroom 11, 19th Flr. |

The parties have filed the following motions, all of which are set for hearing on November 5, 2010 before this Court:

(1)  MOTION to Intervene filed by LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH STREET LIMITED PARTNERSHIP, LBUBS2004-C8 HYDE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JOICE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JONES STREET LIMITED PARTNERSHIP, LBUBS2004-C8 LOMBARD STREET LIMITED PARTNERSHIP, LBUBS2004-C8 MASON STREET LIMITED PARTNERSHIP, LBUBS2004-C8 Van Ness Limited Partnership (dkt #84)

(2)  MOTION for Summary Judgment filed by LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH STREET LIMITED PARTNERSHIP, LBUBS2004-C8 HYDE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JOICE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JONES STREET LIMITED PARTNERSHIP, LBUBS2004-C8 LOMBARD STREET LIMITED PARTNERSHIP, LBUBS2004-C8 MASON STREET LIMITED PARTNERSHIP, LBUBS2004-C8 Van Ness Limited Partnership (dkt #85)

(3)  MOTION for Summary Judgment; Memorandum of Points and Authorities in Support filed by Capital Trust, Inc. (dkt # 86)

Pursuant to Local Rule L-R 7-3, opposition briefs to these motions must be filed on or before October 15, 2010, and reply briefs must be filed on or before October 22, 2010.

Due to the appearance of Kasowitz Benson Torres & Friedman LLP as new counsel for Plaintiff, the parties hereby stipulate and agree to continue the deadlines as follows:

(1) Opposition briefs to the above listed motions shall be due on or before November 5, 2010;

(2) Reply briefs to the above-listed motions shall be due on or before November 19, 2010;

(3) the hearing dates on the motions shall be continued to December 3, 2010, or to a subsequent date convenient to the Court.

IT IS SO STIPULATED.

DATED: October 13, 2010          KASOWITZ BENSON TORRES & FRIEDMAN LLP

                                 By:    /s/ Margaret A. Ziemianek
                                 Attorneys for Plaintiff
                                 CAPITAL TRUST, INC.

| | | |
|---|---|---|
| 1 | DATED: October 13, 2010 | DUANE MORRIS LLP |
| 2 | | |
| 3 | | By: _____ |
| | | Phillip K. Wang |
| 4 | | Attorneys for Plaintiffs-in-Intervention |
| | | LBUBS2004-C8 BARTLETT STREET LIMITED |
| 5 | | PARTNERSHIP, LBUBS2004-C8 BAY CLAY |
| | | LIMITED PARTNERSHIP, LBUBS2004-C8 |
| 6 | | GOUGH STREET LIMITED PARTNERSHIP, |
| | | LBUBS2004-C8 HYDE STREET LIMITED |
| 7 | | PARTNERSHIP, LBUBS2004-C8 JOICE STREET |
| | | LIMITED PARTNERSHIP, LBUBS2004-C8 |
| 8 | | JONES STREET LIMITED PARTNERSHIP, |
| | | LBUBS2004-C8 LOMBARD STREET LIMITED |
| 9 | | PARTNERSHIP, LBUBS2004-C8 MASON |
| | | STREET LIMITED PARTNERSHIP, LBUBS2004- |
| 10 | | C8 Van Ness Limited Partnership |

| | | |
|---|---|---|
| 12 | DATED: October 8, 2010 | EDWARD C. SINGER, JR. |
| 13 | | |
| 14 | | By: _____ |
| | | Edward C. Singer Jr. |
| 15 | | Attorneys for Defendants |
| | | WALTER R. LEMBI, individually and as trustee of |
| 16 | | the WALTER AND LINDA LEMBI FAMILY |
| | | TRUST DATED JUNE 30, 2004 and FRANK E. |
| 17 | | LEMBI, individually and as trustee of the OLGA |
| | | LEMBI RESIDUAL TRUST CREATED UNDER |
| 18 | | THE PROVISION OF PART THREE OF THE |
| | | LEMBI FAMILY REVOCABLE TRUST DATED |
| 19 | | FEBRUARY 17, 1984 and as the trustee of the |
| | | FRANK E. LEMBI SURVIVOR'S TRUST DATED |
| 20 | | FEBRUARY 17, 1984 |

3

Stipulation and [Proposed] Order re November 5, 2010 Hearing; Case No. C 09-02492 JSW

| | | |
|---|---|---|
| 1 | DATED: October 8, 2010 | DUANE MORRIS LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Phillip K. Wang<br>Attorneys for Plaintiffs-in-Intervention<br>LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH STREET LIMITED PARTNERSHIP, LBUBS2004-C8 HYDE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JOICE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JONES STREET LIMITED PARTNERSHIP, LBUBS2004-C8 LOMBARD STREET LIMITED PARTNERSHIP, LBUBS2004-C8 MASON STREET LIMITED PARTNERSHIP, LBUBS2004-C8 Van Ness Limited Partnership |
| 12 | DATED: October ~~8~~ 13, 2010 | EDWARD C. SINGER, JR. |
| 13 | | |
| 14 | | By: _____<br>Edward C. Singer Jr.<br>Attorneys for Defendants<br>WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST DATED JUNE 30, 2004 and FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISION OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984 and as the trustee of the FRANK E. LEMBI SURVIVOR'S TRUST DATED FEBRUARY 17, 1984 |

| | | |
|---|---|---|
| 1 | DATED: October 13, 2010 | FRIEDMAN DUMAS & SPRINGWATER LLP |
| 2 | | By: *Ellen A. Friedman* |
| 3 | | Mary Elaine Hammond |
| 4 | | Stefanie Ann Elkins |
| | | Attorneys for Defendants |
| 5 | | BILLIE Z. SALEVOURIS, individually and as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTATED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991 |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the November 5, 2010 hearing date on the following motions is hereby VACATED:

(1) MOTION to Intervene filed by LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH STREET LIMITED PARTNERSHIP, LBUBS2004-C8 HYDE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JOICE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JONES STREET LIMITED PARTNERSHIP, LBUBS2004-C8 LOMBARD STREET LIMITED PARTNERSHIP, LBUBS2004-C8 MASON STREET LIMITED PARTNERSHIP, LBUBS2004-C8 Van Ness Limited Partnership (dkt #84)

(2) MOTION for Summary Judgment filed by LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH STREET LIMITED PARTNERSHIP, LBUBS2004-C8 HYDE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JOICE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JONES STREET LIMITED PARTNERSHIP, LBUBS2004-C8 LOMBARD STREET LIMITED PARTNERSHIP, LBUBS2004-C8 MASON STREET LIMITED PARTNERSHIP, LBUBS2004-C8 Van Ness Limited Partnership (dkt #85)

(3) MOTION for Summary Judgment; Memorandum of Points and Authorities in Support filed by Capital Trust, Inc. (dkt # 86)

All three motions shall be heard on <u>December 10</u>, 2010. Opposition briefs shall be filed and served on or before November 5, 2010. Reply briefs shall be filed and served on or

4

before November 19, 2010.

IT IS SO ORDERED.

Dated: October 14, 2010

_____
Hon. Jeffrey S. White

---

5