IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CAPITAL TRUST, INC.,

    Plaintiff,

v.

WALTER R. LEMBI, et al.,

    Defendants.

No. C 09-02492 JSW

**ORDER CONTINUING HEARING ON MOTIONS, PRETRIAL CONFERENCE AND TRIAL**

This matter is set for a hearing on December 10, 2010, on a motion to intervene and two motions for summary judgment. This matter is also scheduled for a mediation hearing on December 9, 2010. In light of the pending mediation hearing, the Court HEREBY CONTINUES the hearing on the motions from December 10, 2010 to January 28, 2011. If the Court finds the matter suitable for disposition without oral argument, it shall notify the parties in advance of the hearing date. The pretrial conference scheduled for January 24, 2011 is CONTINUED to May 2, 2011, at 2:00 p.m. and the trial scheduled for February 14, 2011, is CONTINUED to **Tuesday**, May 31, 2011 at 8:00 a.m. If the parties seek to adjust any of these dates, they must submit a request to the Court demonstrating good cause for the request.

    **IT IS SO ORDERED.**

Dated: November 24, 2010

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE