UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

CAPITAL TRUST,
    Plaintiff,

v.

WALTER LEMBI, et al.
    Defendant.

No. C 09-2492 JSW

**ORDER GRANTING REQUEST FOR BILLIE SALEVOURIS TO ATTEND THE MEDIATION TELEPHONICALLY**

Date: November 30, 2010
Mediator: Patrick Robbins

IT IS HEREBY ORDERED that the request for defendant Billie Salevouris to be excused from personal attendance at the December 9, 2010 mediation before Patrick Robbins is GRANTED. Ms. Salevouris shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

IT IS SO ORDERED.

December 1, 2010    By:    *Elizabeth D. Laporte*

Dated                                Elizabeth D. Laporte
                                        United States Magistrate Judge