KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
Brian P. Brosnahan (SBN 112894)
E-Mail: bbrosnahan@kasowitz.com
Margaret A. Ziemianek (SBN 233418)
E-Mail: mziemianek@kasowitz.com
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 421-6140
Facsimile: (415) 398-5030

David M. Friedman (admitted *pro hac vice*)
E-Mail: dfriedman@kasowitz.com
Michael C. Harwood (admitted *pro hac vice*)
E-Mail: mharwood@kasowitz.com
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Attorneys for Plaintiff
CAPITAL TRUST, INC.

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| CAPITAL TRUST, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST DATED JUNE 30, 2004; FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISIONS OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984, and as the trustee of the FRANK E. LEMBI'S TRUST DATED FEBRUARY 17, 1984; BILLIE SALEVOURIS, individually; BILLIE Z. SALEVOURIS, as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTATED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991,<br><br>Defendants. | Case No. C 09-02492 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE TO COMPLETE MEDIATION**<br><br>Judge: Hon. Jeffrey S. White<br>Courtroom 11, 19th Flr. |

By and through their respective counsel of record, the parties to this action hereby stipulate and agree as follows:

WHEREAS, pursuant to the Court's August 13, 2010 Civil Minute Order (docket no. 81), the parties were ordered to complete court mediation by December 13, 2010;

WHEREAS, a motion to intervene (dkt #84) and two motions for summary judgment (dkt # 85 & 86) (collectively "the Motions") were filed on October 1, 2010, set for hearing on November 5, 2010, and later reset for hearing on December 10, 2010 by stipulation (dkt #96) and order of the Court (dkt #97);

WHEREAS, the hearing on the Motions was further continued from December 10, 2010 to January 28, 2011, pursuant to the Court's November 24, 2010 Order (dkt # 120);

WHEREAS, the parties were scheduled to attend court mediation with Patrick D. Robbins on December 9, 2010, but due to respective scheduling conflicts and difficulties with the December 9, 2010 mediation date, have consulted with the mediator and agreed to postpone the mediation to January 11, 2011.

Based on the foregoing, the parties stipulate and agree to attend court mediation on January 11, 2011 and to complete mediation no later than January 28, 2011. The parties respectfully request that the Court continue the deadline to complete mediation to January 28, 2011.

IT IS SO STIPULATED.

DATED: December 10, 2010        KASOWITZ BENSON TORRES & FRIEDMAN LLP

                                By:    /s/ Margaret A. Ziemianek
                                       Attorneys for Plaintiff
                                       CAPITAL TRUST, INC.

| | | |
|---|---|---|
| 1 | DATED: December 13, 2010 | DUANE MORRIS LLP |
| 2 | | |
| 3 | | By: /s/ Phillip K. Wang |
| | | Phillip K. Wang |
| 4 | | Attorneys for Plaintiffs-in-Intervention |
| | | LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY |
| 5 | | LIMITED PARTNERSHIP, LBUBS2004-C8 |
| | | GOUGH STREET LIMITED PARTNERSHIP, |
| 6 | | LBUBS2004-C8 HYDE STREET LIMITED |
| | | PARTNERSHIP, LBUBS2004-C8 JOICE STREET |
| 7 | | LIMITED PARTNERSHIP, LBUBS2004-C8 |
| | | JONES STREET LIMITED PARTNERSHIP, |
| 8 | | LBUBS2004-C8 LOMBARD STREET LIMITED |
| | | PARTNERSHIP, LBUBS2004-C8 MASON |
| 9 | | STREET LIMITED PARTNERSHIP, LBUBS2004-C8 Van Ness Limited Partnership |
| 10 | DATED: December 13, 2010 | EDWARD C. SINGER, JR. |
| 11 | | |
| 12 | | By: _____ |
| | | Edward C. Singer Jr. |
| 13 | | Attorneys for Defendants |
| | | WALTER R. LEMBI, individually and as trustee of |
| 14 | | the WALTER AND LINDA LEMBI FAMILY |
| | | TRUST DATED JUNE 30, 2004 and FRANK E. |
| 15 | | LEMBI, individually and as trustee of the OLGA |
| | | LEMBI RESIDUAL TRUST CREATED UNDER |
| | | THE PROVISION OF PART THREE OF THE |
| 16 | | LEMBI FAMILY REVOCABLE TRUST DATED |
| | | FEBRUARY 17, 1984 and as the trustee of the |
| 17 | | FRANK E. LEMBI SURVIVOR'S TRUST DATED |
| | | FEBRUARY 17, 1984 |

3

Stipulation and [Proposed] Order To Continue Deadline to Complete Mediation; Case No. C 09-02492 JSW

DATED: December 13, 2010          FRIEDMAN DUMAS & SPRINGWATER LLP

By: /s/ Ellen A. Friedman

Ellen Friedman
Mary Elaine Hammond
Stefanie Ann Elkins
Attorneys for Defendants
BILLIE Z. SALEVOURIS, individually and as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTATED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991

## [PROPOSED] ORDER

IT IS HEREBY ORDERED THAT the December 13, 2010 deadline to complete court mediation is continued to January 11, 2011. If the parties resolve this matter at mediation, they shall notify the Court in advance of the motion hearing set for January 28, 2011.

IT IS SO ORDERED.

Dated: December 13, 2010

/s/ Jeffrey S. White
Hon. Jeffrey S. White