1  STEIN & LUBIN LLP
   Julie L. Fieber (SBN 202857)
2  E-Mail: jfieber@steinlubin.com
   600 Montgomery Street, 14th Floor
3  San Francisco, CA  94111
   Telephone:    (415) 981-0550
4  Facsimile:     (415) 981-4343

5  Attorneys for Plaintiff
   VERITAS-B MEZZ B7, LLC AS SUCCESSOR-IN-
6  INTEREST TO CAPITAL TRUST, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | CAPITAL TRUST, INC., | Case No.  C 09-02492 JSW |
|---|---|
12 | Plaintiff, | |
13 | v. | |
14 | WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST DATED JUNE 30, 2004; FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISIONS OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984, and as the trustee of the FRANK E. LEMBI'S TRUST DATED FEBRUARY 17, 1984; BILLIE SALEVOURIS, individually; BILLIE Z. SALEVOURIS, as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTATED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991, | **STIPULATION AND [PROPOSED] ORDER SUBSTITUTING VERITAS-B MEZZ B7, LLC FOR PLAINTIFF CAPITAL TRUST, INC.** AND CONTINUING HEARING ON MOTIONS<br><br>Judge:      Hon. Jeffrey S. White<br>             Courtroom 11, 19th Floor |
25 | Defendants. | |

By and through their respective counsel of record, the parties to this action, including the Plaintiffs-in-Intervention and Veritas-B Mezz B7, LLC ("Veritas"), as Successor-In-Interest to Plaintiff Capital Trust, Inc., (hereinafter collectively "Parties"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff Capital Trust, Inc. has executed an Assignment and Assumption of Claims effective as of January 25, 2011, that, *inter alia*, assigns and transfers to Veritas all right, title and interest in and to the above-referenced litigation and all of the claims, damages, causes of action, defenses, and rights connection therewith (the "Assignment").

WHEREAS as a result of the Assignment, Veritas is the successor-in-interest to the claims asserted by Plaintiff Capital Trust, Inc. in this action, and therefore now seeks to substitute itself for Plaintiff Capital Trust, Inc.

WHEREAS the Parties do not oppose this substitution, and wish to stipulate to the substitution of Veritas for Capital Trust, Inc. in order to avoid troubling the Court with a motion for substitution pursuant to Federal Rules of Procedure Rule 25(c).

THEREFORE:

Based on the foregoing, the parties hereby stipulate to and respectfully request that the Court order as follows:

1) That Veritas be substituted as real party-plaintiff in place of Capital Trust, Inc. in this action. Pursuant to the Notice of Appearance filed in this action, Julie L. Fieber of Stein & Lubin LLP has appeared as Counsel of Record for Veritas. All further notices and papers should be served on Veritas as follows:

> Julie L. Fieber (SBN 202857)
> E-Mail: jfieber@steinlubin.com
> STEIN & LUBIN LLP
> 600 Montgomery Street, 14th Floor
> San Francisco, CA 94111
> Telephone: (415) 981-0550
> Fax: (415) 981-4343

2) That the date set for completion of mediation in this matter be extended to

---

70390014/428583v4      2      Case No. C 09-02492 JSW
STIPULATION AND [PROPOSED] ORDER SUBSTITUTING VERITAS-B MEZZ B7, LLC FOR PLAINTIFF CAPITAL TRUST, INC.

March 25, 2011, in order to allow the parties to continue to pursue settlement efforts outside the mediation process.

    IT IS SO STIPULATED.

Dated: February __16_, 2011    STEIN & LUBIN LLP

              By: /s Julie L. Fieber
                  Julie L. Fieber
                  Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-Interest to Plaintiff Capital Trust, Inc.

Dated: February _____, 2011    KASOWITZ BENSON TORRES & FRIEDMAN LLP

              By:
                  Michael C. Harwood
                  Attorneys for Plaintiff
                  CAPITAL TRUST, INC.

Dated: February _____, 2011    DUANE MORRIS LLP

              By:
                  Phillip K Wang
                  Attorneys for Plaintiffs-in-Intervention
                  LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH STREET LIMITED PARTNERSHIP, LBUBS2004-C8 HYDE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JOICE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JONES STREET LIMITED PARTNERSHIP, LBUBS2004-C8 LOMBARD STREET LIMITED PARTNERSHIP, LBUBS2004-C8 MASON STREET LIMITED PARTNERSHIP, LBUBS2004-C8 VAN NESS LIMITED PARTNERSHIP

Dated: February _____, 2011    EDWARD C. SINGER JR.

              By:

| | |
|---|---|
| 1  March 25, 2011, in order to allow the parties to continue to pursue settlement efforts outside the | |
| 2  mediation process. | |

IT IS SO STIPULATED.

Dated: February _____, 2011    STEIN & LUBIN LLP

By: _____
Julie L. Fieber
Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-Interest to Plaintiff Capital Trust, Inc.

Dated: February 3, 2011    KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____
Michael C. Harwood
Attorneys for Plaintiff
CAPITAL TRUST, INC.

Dated: February _____, 2011    DUANE MORRIS LLP

By: _____
Phillip K Wang
Attorneys for Plaintiffs-in-Intervention
LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH STREET LIMITED PARTNERSHIP, LBUBS2004-C8 HYDE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JOICE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JONES STREET LIMITED PARTNERSHIP, LBUBS2004-C8 LOMBARD STREET LIMITED PARTNERSHIP, LBUBS2004-C8 MASON STREET LIMITED PARTNERSHIP, LBUBS2004-C8 VAN NESS LIMITED PARTNERSHIP

Dated: February _____, 2011    EDWARD C. SINGER JR.

By:

1 | March 25, 2011, in order to allow the parties to continue to pursue settlement efforts outside the
2 | mediation process.
3 |        IT IS SO STIPULATED.
4 |
5 | Dated: February ____, 2011    STEIN & LUBIN LLP
6 |
7 | By: _____
   Julie L. Fieber
   Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-
8 |    Interest to Plaintiff Capital Trust, Inc.
9 |
10 | Dated: February ____, 2011    KASOWITZ BENSON TORRES & FRIEDMAN LLP
11 |
12 | By: _____
   Michael C. Harwood
13 |    Attorneys for Plaintiff
   CAPITAL TRUST, INC.
14 | Dated: February 15, 2011    DUANE MORRIS LLP
15 |
16 | By: _____
17 | Phillip K. Wang
   Attorneys for Plaintiffs-in-Intervention
18 |    LBUBS2004-C8 BARTLETT STREET LIMITED
   PARTNERSHIP, LBUBS2004-C8 BAY CLAY
19 |    LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH
   STREET LIMITED PARTNERSHIP, LBUBS2004-C8
20 |    HYDE STREET LIMITED PARTNERSHIP,
   LBUBS2004-C8 JOICE STREET LIMITED
21 |    PARTNERSHIP, LBUBS2004-C8 JONES STREET
   LIMITED PARTNERSHIP, LBUBS2004-C8
22 |    LOMBARD STREET LIMITED PARTNERSHIP,
   LBUBS2004-C8 MASON STREET LIMITED
23 |    PARTNERSHIP, LBUBS2004-C8 VAN NESS
   LIMITED PARTNERSHIP
24 |
25 |
26 | Dated: February ____, 2011    EDWARD C. SINGER JR.
27 |
28 | By: _____

|  |  |
|---|---|
| 1 | March 25, 2011, in order to allow the parties to continue to pursue settlement efforts outside the |
| 2 | mediation process. |
| 3 |     IT IS SO STIPULATED. |

Dated: February _____, 2011    STEIN & LUBIN LLP

By: _____
Julie L. Fieber
Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-Interest to Plaintiff Capital Trust, Inc.

Dated: February _____, 2011    KASOWITZ BENSON TORRES & FRIEDMAN LLP

By: _____
Michael C. Harwood
Attorneys for Plaintiff
CAPITAL TRUST, INC.

Dated: February _____, 2011    DUANE MORRIS LLP

By: _____
Phillip K Wang
Attorneys for Plaintiffs-in-Intervention
LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH STREET LIMITED PARTNERSHIP, LBUBS2004-C8 HYDE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JOICE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JONES STREET LIMITED PARTNERSHIP, LBUBS2004-C8 LOMBARD STREET LIMITED PARTNERSHIP, LBUBS2004-C8 MASON STREET LIMITED PARTNERSHIP, LBUBS2004-C8 VAN NESS LIMITED PARTNERSHIP

Dated: February 4, 2011    EDWARD C. SINGER JR.

By:

| | | |
|---|---|---|
| 1 | | Edward C. Singer Jr.<br>Attorneys for Defendants |
| 2 | | WALTER R. LEMBI, individually and as trustee of the<br>WALTER AND LINDA LEMBI FAMILY TRUST |
| 3 | | DATED JUNE 30, 2004 and FRANK E. LEMBI,<br>individually and as trustee of the OLGA LEMBI |
| 4 | | RESIDUAL TRUST CREATED UNDER THE<br>PROVISION OF PART THREE OF THE LEMBI |
| 5 | | FAMILY REVOCABLE TRUST DATED FEBRUARY<br>17, 1984 and as the trustee of the FRANK E. LEMBI |
| 6 | | SURVIVOR'S TRUST DATED FEBRUARY 17, 1984 |
| 7 | Dated: February ____, 2011 | FRIEDMAN DUMAS & SPRINGWATER LLP |
| 9 | By: | _____ |
| 10 | | Ellen Friedman<br>Attorneys for Defendants |
| 11 | | BILLIE Z. SALEVOURIS, individually and as trustee<br>for THE BILLIE SALEVOURIS TRUST DATED |
| 12 | | AUGUST 23, 1983 AS RESTATED ON MAY 24,<br>2002; DAVID M. RAYNAL, individually and as trustee |
| 13 | | for the DAVID M. RAYNAL REVOCABLE TRUST<br>DATED MAY 9, 2002; RALPH DAYAN, individually |
| 14 | | and as co-trustee for the AMENDED AND RESTED<br>DAYAN FAMILY REVOCABLE TRUST DATED |
| 15 | | DECEMBER 31, 1991 |

| | |
|---|---|
| 1 | Edward C. Singer Jr. |
| 2 | Attorneys for Defendants |
| | WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST |
| 3 | DATED JUNE 30, 2004 and FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI |
| 4 | RESIDUAL TRUST CREATED UNDER THE PROVISION OF PART THREE OF THE LEMBI |
| 5 | FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984 and as the trustee of the FRANK E. LEMBI |
| 6 | SURVIVOR'S TRUST DATED FEBRUARY 17, 1984 |

Dated: February 2, 2011         FRIEDMAN DUMAS & SPRINGWATER LLP

By: *Ellen A. Friedman* (signature)
Ellen Friedman
Attorneys for Defendants
BILLIE Z. SALEVOURIS, individually and as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991

# [PROPOSED] ORDER

The Court having reviewed the Stipulation and [Proposed] Order Substituting Veritas-B Mezz B7, LLC ("Veritas"), for Plaintiff Capital Trust, Inc. and good cause appearing therefore:

IT IS HEREBY ORDERED THAT Veritas is hereby substituted as Plaintiff in this action in place of Capital Trust, Inc. It is further ordered that the date set for completion of mediation in this matter be extended to March 25, 2011. In light of this extension, the hearing on the pending motions shall be continued to April 22, 2011 at 9:00 a.m.

DATED: February 17, 2011

_____
Hon. Jeffrey S. White

If the parties resolve this matter in advance of the hearing, they shall notify the Court immediately.