1  STEIN & LUBIN LLP
   Julie L. Fieber (SBN 202857)
2  E-Mail: jfieber@steinlubin.com
   600 Montgomery Street, 14th Floor
3  San Francisco, CA 94111
   Telephone:   (415) 981-0550
4  Facsimile:   (415) 981-4343

5  Attorneys for Plaintiff
   VERITAS-B MEZZ B7, LLC AS SUCCESSOR-IN-
6  INTEREST TO CAPITAL TRUST, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11 | VERITAS-B MEZZ B7, LLC AS              | Case No. C 09-02492 JSW
   | SUCCESSOR-IN-INTEREST TO CAPITAL       |
12 | TRUST, INC.,                           |
   |                                        |
13 |        Plaintiff,                      |
   |                                        | STIPULATION AND [PROPOSED]
14 | v.                                     | ORDER TO EXTEND DATE FOR
   |                                        | COMPLETION OF MEDIATION AND
15 | WALTER R. LEMBI, individually and as   | HEARING DATE FOR MOTIONS
   | trustee of the WALTER AND LINDA LEMBI  | FOR SUMMARY JUDGMENT
16 | FAMILY TRUST DATED JUNE 30, 2004;      | AS MODIFIED HEREIN
   | FRANK E. LEMBI, individually and as trustee |
17 | of the OLGA LEMBI RESIDUAL TRUST       | Judge:   Hon. Jeffrey S. White
   | CREATED UNDER THE PROVISIONS OF        |          Courtroom 11, 19th Floor
18 | PART THREE OF THE LEMBI FAMILY         |
   | REVOCABLE TRUST DATED FEBRUARY         |
19 | 17, 1984, and as the trustee of the FRANK E. |
   | LEMBI'S TRUST DATED FEBRUARY 17,       |
20 | 1984; BILLIE SALEVOURIS, individually;  |
   | BILLIE Z. SALEVOURIS, as trustee for THE |
21 | BILLIE SALEVOURIS TRUST DATED          |
   | AUGUST 23, 1983 AS RESTATED ON MAY     |
22 | 24, 2002; DAVID M. RAYNAL, individually |
   | and as trustee for the DAVID M. RAYNAL |
23 | REVOCABLE TRUST DATED MAY 9,           |
   | 2002; RALPH DAYAN, individually and as |
24 | co-trustee for the AMENDED AND         |
   | RESTATED DAYAN FAMILY                  |
25 | REVOCABLE TRUST DATED DECEMBER         |
   | 31, 1991,                              |
26 |                                        |
27 |        Defendants.                     |

28

By and through their respective counsel of record, the parties to this action (hereinafter collectively "Parties") hereby stipulate and agree as follows:

WHEREAS, on February 17, 2011, the Court signed the Parties' Proposed Order allowing Veritas-B Mezz B7, LLC ("Veritas"), to substitute as plaintiff in this action as the successor-in-interest to Capital Trust, Inc., extended the date for completion of mediation in this matter to March 25, 2011, and also extended the date for hearing on all pending motions to April 22, 2011.

WHEREAS the proposed Plaintiffs-in-Intervention in this action, LBUBS2004-C8 BARTLETT STREET LIMITED PARTNERSHIP, LBUBS2004-C8 BAY CLAY LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH STREET LIMITED PARTNERSHIP, LBUBS2004-C8 HYDE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JOICE STREET LIMITED PARTNERSHIP, LBUBS2004-C8 JONES STREET LIMITED PARTNERSHIP, LBUBS2004-C8 LOMBARD STREET LIMITED PARTNERSHIP, LBUBS2004-C8 MASON STREET LIMITED PARTNERSHIP, LBUBS2004-C8 VAN NESS LIMITED PARTNERSHIP, have reached a business resolution with Veritas that makes moot their Motion for Summary Judgment and Motion to Intervene, and it is anticipated both motions will shortly be taken off calendar.

WHEREAS the Parties continue to work towards a business resolution of the remaining claims in this action and believe that resolution can be finalized before June 2011.

THEREFORE:

Based on the foregoing, the parties hereby stipulate to and respectfully request that the Court order as follows:

1) That the date set for completion of mediation in this matter be extended to May 25, 2011, in order to allow the parties to continue to pursue settlement efforts outside the mediation process.

//
//
//
//

70390014/432248v1                                    2                           Case No. C 09-02492 JSW
STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES

1      2) That the hearing on all pending motions shall be continued to June 22, 2011, at
2  9:00 a.m.
3          IT IS SO STIPULATED.

Dated: March 22, 2011          STEIN & LUBIN LLP

                               By:  /s Julie L. Fieber
                                    Julie L. Fieber
                                    Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-
                                    Interest to Plaintiff Capital Trust, Inc.


Dated: March 22, 2011          EDWARD C. SINGER JR.

                               By:  _____
                                    Edward C. Singer Jr.
                                    Attorneys for Defendants
                                    WALTER R. LEMBI, individually and as trustee of the
                                    WALTER AND LINDA LEMBI FAMILY TRUST
                                    DATED JUNE 30, 2004 and FRANK E. LEMBI,
                                    individually and as trustee of the OLGA LEMBI
                                    RESIDUAL TRUST CREATED UNDER THE
                                    PROVISION OF PART THREE OF THE LEMBI
                                    FAMILY REVOCABLE TRUST DATED FEBRUARY
                                    17, 1984 and as the trustee of the FRANK E. LEMBI
                                    SURVIVOR'S TRUST DATED FEBRUARY 17, 1984

Dated: March _____, 2011       FRIEDMAN DUMAS & SPRINGWATER LLP

                               By:  _____
                                    Ellen Friedman
                                    Attorneys for Defendants
                                    BILLIE Z. SALEVOURIS, individually and as trustee
                                    for THE BILLIE SALEVOURIS TRUST DATED
                                    AUGUST 23, 1983 AS RESTATED ON MAY 24,
                                    2002; DAVID M. RAYNAL, individually and as trustee
                                    for the DAVID M. RAYNAL REVOCABLE TRUST
                                    DATED MAY 9, 2002; RALPH DAYAN, individually
                                    and as co-trustee for the AMENDED AND RESTED
                                    DAYAN FAMILY REVOCABLE TRUST DATED
                                    DECEMBER 31, 1991

|   |   |   |
|---|---|---|
| 1 | 2) That the hearing on all pending motions shall be continued to June 22, 2011, at | |
| 2 | 9:00 a.m. | |
| 3 | IT IS SO STIPULATED. | |

Dated: March __, 2011                     STEIN & LUBIN LLP


By: /s Julie L. Fieber
    Julie L. Fieber
    Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-
    Interest to Plaintiff Capital Trust, Inc.


Dated: March ____, 2011                   EDWARD C. SINGER JR.


By: _____
    Edward C. Singer Jr.
    Attorneys for Defendants
    WALTER R. LEMBI, individually and as trustee of the
    WALTER AND LINDA LEMBI FAMILY TRUST
    DATED JUNE 30, 2004 and FRANK E. LEMBI,
    individually and as trustee of the OLGA LEMBI
    RESIDUAL TRUST CREATED UNDER THE
    PROVISION OF PART THREE OF THE LEMBI
    FAMILY REVOCABLE TRUST DATED FEBRUARY
    17, 1984 and as the trustee of the FRANK E. LEMBI
    SURVIVOR'S TRUST DATED FEBRUARY 17, 1984

Dated: March 21, 2011                     FRIEDMAN DUMAS & SPRINGWATER LLP


By: /s/ Ellen Friedman
    Ellen Friedman
    Attorneys for Defendants
    BILLIE Z. SALEVOURIS, individually and as trustee
    for THE BILLIE SALEVOURIS TRUST DATED
    AUGUST 23, 1983 AS RESTATED ON MAY 24,
    2002; DAVID M. RAYNAL, individually and as trustee
    for the DAVID M. RAYNAL REVOCABLE TRUST
    DATED MAY 9, 2002; RALPH DAYAN, individually
    and as co-trustee for the AMENDED AND RESTED
    DAYAN FAMILY REVOCABLE TRUST DATED
    DECEMBER 31, 1991

[PROPOSED] ORDER

The Court having reviewed the Stipulation and [Proposed] Order to Extend Date for Completion of Mediation and Hearing Date for Motions for Summary Judgment, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT the date set for completion of mediation in this matter be extended to May 25, 2011. It is further ordered that the hearing on pending motions shall be continued to ~~June 22, 2011, at 9:00 a.m.~~ **Friday, June 24, 2011 at 9:00 a.m.**

DATED: March 22, 2011     
Hon. Jeffrey S. White

70390014/432248v1              4              Case No. C 09-02492 JSW
STIPULATION AND [PROPOSED] ORDER TO EXTEND DATES