1   STEIN & LUBIN LLP
    Julie L. Fieber (SBN 202857)
2   E-Mail: jfieber@steinlubin.com
    600 Montgomery Street, 14th Floor
3   San Francisco, CA  94111
    Telephone:    (415) 981-0550
4   Facsimile:    (415) 981-4343

5   Attorneys for Plaintiff
    VERITAS-B MEZZ B7, LLC AS SUCCESSOR-IN-
6   INTEREST TO CAPITAL TRUST, INC.

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                   SAN FRANCISCO DIVISION

11  VERITAS-B MEZZ B7, LLC AS              Case No.  C 09-02492 JSW
    SUCCESSOR-IN-INTEREST TO CAPITAL
12  TRUST, INC.,                           ***ORDER REQUIRING STATUS
                                           REPORT AND***
13                Plaintiff,
                                           **STIPULATION AND [PROPOSED]**
14  v.                                     **ORDER SUBSTITUTING VERITAS-B**
                                           **MEZZ B7, LLC FOR PLAINTIFFS-IN-**
15  WALTER R. LEMBI, individually and as   **INTERVENTION LBUBS2004-C8**
    trustee of the WALTER AND LINDA LEMBI  **BARTLETT STREET LIMITED**
16  FAMILY TRUST DATED JUNE 30, 2004;      **PARTNERSHIP, LBUBS2004-C8 BAY**
    FRANK E. LEMBI, individually and as trustee **CLAY LIMITED PARTNERSHIP,**
17  of the OLGA LEMBI RESIDUAL TRUST       **LBUBS2004-C8 GOUGH STREET**
    CREATED UNDER THE PROVISIONS OF        **LIMITED PARTNERSHIP,**
18  PART THREE OF THE LEMBI FAMILY         **LBUBS2004-C8 HYDE STREET**
    REVOCABLE TRUST DATED FEBRUARY         **LIMITED PARTNERSHIP,**
19  17, 1984, and as the trustee of the FRANK E. **LBUBS2004-C8 JOICE STREET**
    LEMBI'S TRUST DATED FEBRUARY 17,       **LIMITED PARTNERSHIP,**
20  1984; BILLIE SALEVOURIS, individually; **LBUBS2004-C8 JONES STREET**
    BILLIE Z. SALEVOURIS,  as trustee for THE **LIMITED PARTNERSHIP,**
21  BILLIE SALEVOURIS TRUST DATED          **LBUBS2004-C8 LOMBARD STREET**
    AUGUST 23, 1983 AS RESTATED ON MAY     **LIMITED PARTNERSHIP,**
22  24, 2002; DAVID M. RAYNAL, individually **LBUBS2004-C8 MASON STREET**
    and as trustee for the DAVID M. RAYNAL  **LIMITED PARTNERSHIP,**
23  REVOCABLE TRUST DATED MAY 9,           **LBUBS2004-C8 VAN NESS LIMITED**
    2002; RALPH DAYAN, individually and as **PARTNERSHIP AND**
24  co-trustee for the AMENDED AND         **WITHDRAWING MOTIONS**
    RESTATED DAYAN FAMILY
25  REVOCABLE TRUST DATED DECEMBER         Judge:        Hon. Jeffrey S. White
    31, 1991,                                            Courtroom 11, 19th Floor
26
                  Defendants.
27

28

70390014/432616v1                          1                     Case No. C 09-02492 JSW

By and through their respective counsel of record, the parties to this action (hereinafter collectively "Parties"), hereby stipulate and agree as follows:

WHEREAS, Applicants-In-Intervention LBUBS2004-C8 Bartlett Street Limited Partnership, LBUBS2004-C8 BAY Clay Limited Partnership, LBUBS2004-C8 Gough Street Limited Partnership, LBUBS2004-C8 Hyde Street Limited Partnership, LBUBS2004-C8 Joice Street Limited Partnership, LBUBS2004-C8 Jones Street Limited Partnership, LBUBS2004-C8 Lombard Street Limited Partnership, LBUBS2004-C8 Mason Street Limited Partnership, LBUBS2004-C8 Van Ness Limited Partnership (hereinafter collectively the "LBUBS 2004-C8 Parties") has executed an Assignment and Assumption of Claims effective as of March 8, 2011 (the "Assignment"), that, *inter alia*, assigns and transfers to Veritas-B Mezz B7, LLC ("Veritas") all right, title and interest in and to the above-referenced litigation and all of the claims, damages, causes of action, defenses, and rights connection therewith (the "Assignment").

WHEREAS as a result of the Assignment, Veritas is the successor-in-interest to the claims asserted by LBUBS2004-C8 Parties in this action, and therefore now seeks to substitute itself for the LBUBS2004-C8 Parties.

WHEREAS the Parties do not oppose this substitution, and wish to stipulate to the substitution of Veritas for the LBUBS2004-C8 Parties in order to avoid troubling the Court with a motion for substitution pursuant to Federal Rules of Procedure Rule 25(c).

WHEREAS as a result of the Assignment, Veritas wishes to withdraw all pending motions filed by the LBUBS2004-C8 Parties, specifically, their Motion for Summary Judgment (Docket #85) and Motion to Intervene (Docket #84), and the Parties consent to that withdrawal.

THEREFORE:

Based on the foregoing, the Parties hereby stipulate to and respectfully request that the Court order as follows:

1) That Veritas be substituted in place of LBUBS2004-C8 Bartlett Street Limited Partnership, LBUBS2004-C8 BAY Clay Limited Partnership, LBUBS2004-C8 Gough Street Limited Partnership, LBUBS2004-C8 Hyde Street Limited Partnership, LBUBS2004-C8 Joice Street Limited Partnership, LBUBS2004-C8 Jones Street Limited Partnership, LBUBS2004-C8

1   Lombard Street Limited Partnership,  LBUBS2004-C8 Mason Street Limited Partnership,

2   LBUBS2004-C8 Van Ness Limited Partnership in this action.  Pursuant to the Notice of

3   Appearance filed in this action, Julie L. Fieber of Stein & Lubin LLP has appeared as Counsel of

4   Record for Veritas.  All further notices and papers should be served on Veritas as follows:

5
        Julie L. Fieber (SBN 202857)
6       E-Mail:  jfieber@steinlubin.com
        STEIN & LUBIN LLP
7       600 Montgomery Street, 14th Floor
        San Francisco, CA 94111
8       Telephone:  (415) 981-0550
        Fax:  (415) 981-4343
9

10          2)  The pending motions filed by the LBUBS2004-C8 Parties, specifically, their

11  Motion for Summary Judgment (Docket #85) and Motion to Intervene (Docket #84), are

12  withdrawn and off calendar.

13          IT IS SO STIPULATED.

14

15  Dated: March _31_, 2011            STEIN & LUBIN LLP

16
                                By:  /s Julie L. Fieber
17                                   Julie L. Fieber
                                     Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-
18                                   Interest to Plaintiff Capital Trust, Inc.

19  Dated: March _23_, 2011            DUANE MORRIS LLP

20
                                By:
21                                   Phillip K. Wang
                                     Attorneys for Plaintiffs-in-Intervention
22                                   LBUBS2004-C8 BARTLETT STREET LIMITED
                                     PARTNERSHIP, LBUBS2004-C8 BAY CLAY
23                                   LIMITED PARTNERSHIP, LBUBS2004-C8 GOUGH
                                     STREET LIMITED PARTNERSHIP, LBUBS2004-C8
24                                   HYDE STREET LIMITED PARTNERSHIP,
                                     LBUBS2004-C8 JOICE STREET LIMITED
25                                   PARTNERSHIP, LBUBS2004-C8 JONES STREET
                                     LIMITED PARTNERSHIP, LBUBS2004-C8
26                                   LOMBARD STREET LIMITED PARTNERSHIP,
                                     LBUBS2004-C8 MASON STREET LIMITED
27                                   PARTNERSHIP, LBUBS2004-C8 VAN NESS
                                     LIMITED PARTNERSHIP
28

STIPULATION AND [PROPOSED] ORDER SUBSTITUTING VERITAS-B MEZZ B7, LLC FOR
PLAINTIFF-IN-INTERVENTION LBUBS2004-C8, ET AL.

Dated: March 31, 2011      EDWARD C. SINGER JR.

By: _____
Edward C. Singer Jr.
Attorneys for Defendants
WALTER R. LEMBI, individually and as trustee of the
WALTER AND LINDA LEMBI FAMILY TRUST
DATED JUNE 30, 2004 and FRANK E. LEMBI,
individually and as trustee of the OLGA LEMBI
RESIDUAL TRUST CREATED UNDER THE
PROVISION OF PART THREE OF THE LEMBI
FAMILY REVOCABLE TRUST DATED FEBRUARY
17, 1984 and as the trustee of the FRANK E. LEMBI
SURVIVOR'S TRUST DATED FEBRUARY 17, 1984

Dated: March _____, 2011      FRIEDMAN DUMAS & SPRINGWATER LLP

By: _____
Ellen Friedman
Attorneys for Defendants
BILLIE Z. SALEVOURIS, individually and as trustee
for THE BILLIE SALEVOURIS TRUST DATED
AUGUST 23, 1983 AS RESTATED ON MAY 24,
2002; DAVID M. RAYNAL, individually and as trustee
for the DAVID M. RAYNAL REVOCABLE TRUST
DATED MAY 9, 2002; RALPH DAYAN, individually
and as co-trustee for the AMENDED AND RESTED
DAYAN FAMILY REVOCABLE TRUST DATED
DECEMBER 31, 1991

Dated: March _____, 2011          EDWARD C. SINGER JR.

By: _____
    Edward C. Singer Jr.
    Attorneys for Defendants
    WALTER R. LEMBI, individually and as trustee of the
    WALTER AND LINDA LEMBI FAMILY TRUST
    DATED JUNE 30, 2004 and FRANK E. LEMBI,
    individually and as trustee of the OLGA LEMBI
    RESIDUAL TRUST CREATED UNDER THE
    PROVISION OF PART THREE OF THE LEMBI
    FAMILY REVOCABLE TRUST DATED FEBRUARY
    17, 1984 and as the trustee of the FRANK E. LEMBI
    SURVIVOR'S TRUST DATED FEBRUARY 17, 1984

Dated: March 25, 2011          FRIEDMAN DUMAS & SPRINGWATER LLP

By: _____
    Ellen Friedman
    Attorneys for Defendants
    BILLIE Z. SALEVOURIS, individually and as trustee
    for THE BILLIE SALEVOURIS TRUST DATED
    AUGUST 23, 1983 AS RESTATED ON MAY 24,
    2002; DAVID M. RAYNAL, individually and as trustee
    for the DAVID M. RAYNAL REVOCABLE TRUST
    DATED MAY 9, 2002; RALPH DAYAN, individually
    and as co-trustee for the AMENDED AND RESTED
    DAYAN FAMILY REVOCABLE TRUST DATED
    DECEMBER 31, 1991

[~~PROPOSED~~] ORDER

The Court having reviewed the Stipulation and [Proposed] Order Substituting Veritas-B Mezz B7, LLC ("Veritas"), for Plaintiffs-In-Intervention LBUBS2004-C8 Bartlett Street Limited Partnership, LBUBS2004-C8 BAY Clay Limited Partnership, LBUBS2004-C8 Gough Street Limited Partnership, LBUBS2004-C8 Hyde Street Limited Partnership, LBUBS2004-C8 Joice Street Limited Partnership, LBUBS2004-C8 Jones Street Limited Partnership, LBUBS2004-C8 Lombard Street Limited Partnership,  LBUBS2004-C8 Mason Street Limited Partnership, LBUBS2004-C8 Van Ness Limited Partnership. and good cause appearing therefore:

IT IS HEREBY ORDERED THAT Veritas is hereby substituted in this action in place of LBUBS2004-C8 Bartlett Street Limited Partnership, LBUBS2004-C8 BAY Clay Limited Partnership, LBUBS2004-C8 Gough Street Limited Partnership, LBUBS2004-C8 Hyde Street Limited Partnership, LBUBS2004-C8 Joice Street Limited Partnership, LBUBS2004-C8 Jones Street Limited Partnership, LBUBS2004-C8 Lombard Street Limited Partnership, LBUBS2004-C8 Mason Street Limited Partnership, LBUBS2004-C8 Van Ness Limited Partnership.  The pending motions filed by the LBUBS2004-C8 Parties, specifically, their Motion for Summary Judgment (Docket #85) and Motion to Intervene (Docket #84), are withdrawn and off calendar. **It is FURTHER ORDERED that the parties shall submit a status report as to whether they intend to proceed on the Motion for Summary Judgment filed by Captial Trust, Inc. (Docket No. 86).**

DATED: April 1_____, 2011          _____
                                     Hon. Jeffrey S. White