| | |
|---|---|
| 1 | STEIN & LUBIN LLP |
| | Julie L. Fieber (SBN 202857) |
| 2 | E-Mail: jfieber@steinlubin.com |
| | 600 Montgomery Street, 14th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 981-0550 |
| 4 | Facsimile: (415) 981-4343 |
| 5 | Attorneys for Plaintiff |
| | VERITAS-B MEZZ B7, LLC AS SUCCESSOR-IN- |
| 6 | INTEREST TO CAPITAL TRUST, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VERITAS-B MEZZ B7, LLC AS SUCCESSOR-IN-INTEREST TO CAPITAL TRUST, INC., <br><br> Plaintiff, <br><br> v. <br><br> WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST DATED JUNE 30, 2004; FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISIONS OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984, and as the trustee of the FRANK E. LEMBI'S TRUST DATED FEBRUARY 17, 1984; BILLIE SALEVOURIS, individually; BILLIE Z. SALEVOURIS, as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTATED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991, <br><br> Defendants. | Case No. C 09-02492 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DATE FOR COMPLETION OF MEDIATION AND HEARING DATE FOR MOTION FOR SUMMARY JUDGMENT** <br><br> **AS MODIFIED HEREIN** <br><br> Judge: Hon. Jeffrey S. White <br> Courtroom 11, 19th Floor |

1  By and through their respective counsel of record, the parties to this action
2  (hereinafter collectively "Parties") hereby stipulate and agree as follows:

3  WHEREAS, on May 24, 2011, pursuant to stipulation, this Court entered an order
4  re-setting the date for the completion of mediation in the above-referenced matter to September 1,
5  2011, and re-setting the hearing on the pending Motion for Summary Judgment to September 2,
6  2011. At that time, as stated in the Stipulation, plaintiff Veritas-B Mezz B7, LLC ("Veritas")
7  anticipated that pursuant to a business resolution reached by the parties, it would be able to
8  dismiss this matter with prejudice by July 27, 2011.

9  WHEREAS, Veritas still believes that all remaining obligations imposed on the
10 parties pursuant to that business resolution will be accomplished soon so that it can dismiss this
11 action, but was not able to dismiss it by July 27, 2011, because of a problem with the title for the
12 properties at issue. Veritas anticipates this problem will be resolved shortly.

13 WHEREAS, given this delay, the Parties do not object to a further extension of the
14 dates for completion of mediation and the hearing on the Motion for Summary Judgment.

15 THEREFORE:

16 Based on the foregoing, the parties hereby stipulate to and respectfully request that
17 the Court order as follows:

18 1) That the date set for completion of mediation in this matter be further extended
19 to November 1, 2011, and the hearing on the Motion for Summary Judgment be re-set to Friday,
20 November 4, 2011.

21 IT IS SO STIPULATED.
Dated: August 1, 2011  STEIN & LUBIN LLP

By: /s/ Julie L. Fieber
Julie L. Fieber
Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-Interest to Plaintiff Capital Trust, Inc.

| | | |
|---|---|---|
| 1 | Dated: August 1, 2011 | EDWARD C. SINGER JR. |
| 2 | | |
| 3 | | By: /s/ Edward Singer Jr. |
| 4 | | Edward C. Singer Jr.<br>Attorneys for Defendants<br>WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST DATED JUNE 30, 2004 and FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISION OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984 and as the trustee of the FRANK E. LEMBI SURVIVOR'S TRUST DATED FEBRUARY 17, 1984 |
| 9 | Dated: August 1, 2011 | FRIEDMAN DUMAS & SPRINGWATER LLP |
| 11 | | |
| 12 | | By: /s/ Ellen Friedman |
| 13 | | Ellen Friedman<br>Attorneys for Defendants<br>BILLIE Z. SALEVOURIS, individually and as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991 |

**[PROPOSED] ORDER**

The Court having reviewed the Stipulation and [Proposed] Order to Extend Dates for Completion of Mediation and the hearing date for the remaining pending Motion for Summary Judgment, and good cause appearing therefore:

IT IS HEREBY ORDERED THAT the date set for completion of mediation in this matter be extended to November 1, 2011.

~~IT IS FURTHER ORDERED THAT the~~ hearing on pending Motion for Summary ~~Judgment shall be continued to November 4, 2011, at 9:00 a.m.~~

DATED: August 2___, 2011             _____
                                      Hon. Jeffrey S. White

The Court HEREBY TERMINATES the motion for summary judgment (Docket No. 86), without prejudice to Plaintiff seeking a ruling on the motion if the parties are unable to resolve this matter. If that is the case, Plaintiff may re-notice the motion for hearing on an open and available date on this Court's calender, and the parties need not re-file their papers.