| | |
|---|---|
| 1 | STEIN & LUBIN LLP |
| | Julie L. Fieber (SBN 202857) |
| 2 | E-Mail: jfieber@steinlubin.com |
| | 600 Montgomery Street, 14th Floor |
| 3 | San Francisco, CA 94111 |
| | Telephone: (415) 981-0550 |
| 4 | Facsimile: (415) 981-4343 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | VERITAS-B MEZZ B7, LLC AS SUCCESSOR-IN-INTEREST TO CAPITAL TRUST, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | VERITAS-B MEZZ B7, LLC AS SUCCESSOR-IN-INTEREST TO CAPITAL TRUST, INC., | Case No. C 09-02492 JSW |
| 14 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING VOLUNTARY DISMISSAL WITH PREJUDICE** |
| 15 | v. | [F.R.C.P. 41(a)] |
| 16 | WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST DATED JUNE 30, 2004; FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISIONS OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984, and as the trustee of the FRANK E. LEMBI'S TRUST DATED FEBRUARY 17, 1984; BILLIE SALEVOURIS, individually; BILLIE Z. SALEVOURIS, as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTATED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991, | |
| | Defendants. | |

70390014/445672v1  
1  
Case No. C 09-02492 JSW

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Veritas-B Mezz B7, LLC as Successor-in-Interest to Capital Trust, Inc., by and through its undersigned counsel, does hereby stipulate and agree to a voluntary dismissal with prejudice of all claims asserted against Defendants in the above-styled action. Each party agrees to bear their own attorneys' fees and costs.

Dated: September 30, 2011

STEIN & LUBIN LLP

By: _____
Julie L. Fieber
Attorneys for Veritas-B Mezz B7, LLC, as Successor-In-Interest to Plaintiff Capital Trust, Inc.

Dated: September 27, 2011

EDWARD C. SINGER JR.

By: _____
Edward C. Singer Jr.
Attorneys for Defendants
WALTER R. LEMBI, individually and as trustee of the WALTER AND LINDA LEMBI FAMILY TRUST DATED JUNE 30, 2004 and FRANK E. LEMBI, individually and as trustee of the OLGA LEMBI RESIDUAL TRUST CREATED UNDER THE PROVISION OF PART THREE OF THE LEMBI FAMILY REVOCABLE TRUST DATED FEBRUARY 17, 1984 and as the trustee of the FRANK E. LEMBI SURVIVOR'S TRUST DATED FEBRUARY 17, 1984

Dated: September 27, 2011

FRIEDMAN DUMAS & SPRINGWATER LLP

By: _____
Ellen Friedman
Attorneys for Defendants
BILLIE Z. SALEVOURIS, individually and as trustee for THE BILLIE SALEVOURIS TRUST DATED AUGUST 23, 1983 AS RESTATED ON MAY 24, 2002; DAVID M. RAYNAL, individually and as trustee for the DAVID M. RAYNAL REVOCABLE TRUST DATED MAY 9, 2002; RALPH DAYAN, individually and as co-trustee for the AMENDED AND RESTED DAYAN FAMILY REVOCABLE TRUST DATED DECEMBER 31, 1991

In accordance with the above Stipulation of Voluntary Dismissal With Prejudice Pursuant to Rule 41(a),

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.  Plaintiff's complaint in the above-captioned action is DISMISSED in its entirety, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure;

2.  Plaintiff's claims are dismissed with prejudice;

3.  Each side shall bear its own attorneys' fees and costs, and all parties waive any right to seek attorneys' fees or costs incurred in connection with the above-captioned action.

Dated: October 3, 2011

_____
Honorable Jeffrey S. White